UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

IN RE: GIFT CARD CASES

**ORDER**

Civil Action Nos.
2:19-cv-06018 (GRB)(AKT)
2:19-cv-06022 (GRB)(AKT)
2:19-cv-06025 (GRB)(AKT)
2:19-cv-06027 (GRB)(AKT)
2:19-cv-06029 (GRB)(AKT)
2:19-cv-06030 (GRB)(AKT)
2:19-cv-06031 (GRB)(AKT)
2:19-cv-06033 (GRB)(AKT)
2:19-cv-06161 (GRB)(AKT)
2:19-cv-06166 (GRB)(AKT)
2:19-cv-06170 (GRB)(AKT)
2:19-cv-06171 (GRB)(AKT)
2:19-cv-06173 (GRB)(AKT)
2:19-cv-06174 (GRB)(AKT)
2:19-cv-06176 (GRB)(AKT)
2:19-cv-06177 (GRB)(AKT)
2:19-cv-06178 (GRB)(AKT)
2:19-cv-06505 (GRB)(AKT)
2:19-cv-06506 (GRB)(AKT)
2:19-cv-06507 (GRB)(AKT)
2:19-cv-06508 (GRB)(AKT)
2:19-cv-06535 (GRB)(AKT)
2:19-cv-06538 (GRB)(AKT)
2:19-cv-06539 (GRB)(AKT)
2:19-cv-06990 (GRB)(AKT)
2:19-cv-07006 (GRB)(AKT)
2:19-cv-07007 (GRB)(AKT)
2:19-cv-07009 (GRB)(AKT)
2:19-cv-07010 (GRB)(AKT)

-------------------------------------------------------------X
**GARY R. BROWN, United States District Judge.**

In light of the agreement among a vast majority of the cases and this Court's independent review, the conference scheduled for July 24, 2020 is hereby ADJOURNED without date in all of the above cases.  Plaintiffs' counsel is directed to notify the Court within ten (10) days of a decision by the Second Circuit of the consolidated appeal under the caption *Mendez v. AnnTaylor, Inc.*, No. 20-1550.

**SO ORDERED**.

Dated: Central Islip, New York
July 16, 2020

                                                /s/ Gary R. Brown
                                                GARY R. BROWN
                                                United States District Judge